IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY ARNOLD ORSO, JR., #296904, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:21-CV-275-WHA-KFP |
| ) | |
| RUTH LYNCH, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On April 14, 2021, the Magistrate Judge entered a Recommendation (Doc. #4) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff's claims against Ruth Lynch are dismissed with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i).

3. Plaintiff's claims regarding the legality of his incarceration are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

4. This case is DISMISSED prior to service or process.

5. Other than the filing fee assessed to Plaintiff in this case, no costs are taxed.

A separate Final Judgment will be entered.

DONE this 11th day of June, 2021.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE